IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.G. LITIGATION GROUP, LLC, *et al.*, :<br>    Plaintiffs, :<br>                                        :<br>        v.                              :<br>                                        :<br>TD BANK, N.A., *et al.*,                :<br>    Defendants.                         : | Civil No. 5:22-cv-00305-JMG |

**ORDER**

**AND NOW**, this 12th day of April, 2022, upon consideration of Defendants' motion to dismiss for failure to state a claim (ECF No. 6) and Plaintiffs' response thereto (ECF No. 9), **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. Plaintiffs' Complaint is **DISMISSED without prejudice**. Plaintiffs may file an amended complaint no later than **May 3, 2022**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge