IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.G. LITIGATION GROUP, LLC, *et al.*, : <br>       Plaintiffs, : <br> : <br> v. : <br> : <br> TD BANK, N.A., *et al.*, : <br>       Defendants. : | Civil No. 5:22-cv-00305-JMG |

**ORDER**

**AND NOW**, this 19th day of August, 2022, upon consideration of Defendants' motion to dismiss for failure to state a claim (ECF No. 13) and all responses and replies, and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED in part and DENIED in part** as follows:

1. Defendants' motion is **GRANTED** insofar as it seeks dismissal of Defendants US Holding Company and TD Group US Holdings LLC. All claims against Defendants US Holding Company and TD Group US Holdings LLC are **DISMISSED without prejudice**.

2. Defendants' motion is **GRANTED** insofar as it seeks to preclude Plaintiffs from seeking recovery for checks that were drawn and dated prior to March 3, 2018.

3. In all other respects, Defendants' motion is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge